## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08- 33 |
| WENDELL GLOVER, | : |
| Defendant. | : |

### INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

On or about April 15, 2007, in the District of Delaware, Wendell Glover, then a resident of Bear, Delaware, did willfully make and subscribe a 2006 Form 1040, U.S. Individual Tax Return, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which said 2006 Form 1040, U.S. Individual Tax Return, Wendell Glover did not believe to be true and correct as to every material matter in that said 2006 Form 1040, U.S. Individual Tax Return, listed a taxable income of $425.00, whereas, as Wendell Glover then and there knew and believed, his actual taxable income was $264,136.00, all in violation of Title 26, United States Code, Section 7206(1).

COLM F. CONNOLLY
United States Attorney

BY: _____
Douglas E. McCann
Assistant United States Attorney

Dated: March 3, 2008

FILED

MAR 3 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE