IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 08-33 GMS |
| ) | |
| WENDELL GLOVER ) | |
| ) | |
| Defendant. ) | |

**ORDER RESCHEDULING HEARING**

At Wilmington this 2nd day of April 2008, having been advised by counsel that defendant intends to plead guilty;

IT IS ORDERED that the initial appearance/plea hearing is rescheduled to **Wednesday, April 9, 2008, at 9:30 a.m.** in courtroom 4A, J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that the time between this Order and the **April 9, 2008,** plea hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(I).

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE