IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 08-33 GMS |
| | ) |
| WENDELL GLOVER | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 15th day of April 2008, having been advised by counsel that defendant intends to plead guilty to the felony information filed against him;

IT IS ORDERED that a plea hearing is scheduled for **Wednesday, April 23, 2008, at 2:30 p.m.** in courtroom 4A, J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that the time between this Order and the **April 23, 2008,** plea hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(I).

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE