IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-33-GMS |
| | ) | |
| WENDELL GLOVER, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Douglas E. McCann as

attorney of record on behalf of the United States of America, and enter the appearance of Assistant

United States Attorney Edmond Falgowski.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney
Nemours Building, #700
P.O. Box 2046
Wilmington, Delaware  19899-2046
edmond.falgowski@usdoj.gov

Dated: 4-16-08

## CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA       )
                                         )
          v.                          )     Criminal Action No. 08-33-GMS
                                         )
WENDELL GLOVER             )

I, Sharon Bernardo, employee with the United States Attorney's Office, hereby certify that on

April 16, 2008, I electronically filed the foregoing:

### NOTICE OF SUBSTITUTION OF COUNSEL

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

> Eugene J. Maurer, Jr., Esquire
> Emaurerl@verizon.net