<div style="text-align:center">

# EUGENE J. MAURER, JR., P.A.
ATTORNEYS AT LAW
1201-A KING STREET
WILMINGTON, DELAWARE 19801

(302) 652-7900
FAX (302) 652-2173
EMAIL emaurer1@verizon.net

</div>

April 17, 2008

Gregory M. Sleet
Chief Judge
United States District Court
844 N. King Street
Lock Box 19
Wilmington, DE  19801

**Re:  USA v. Glover, Case #1-08-CR-33**

Dear Chief Judge Sleet:

  I did receive the court's communication that a plea in the above has been scheduled for Wednesday, April 23, 2008 at 2:30 p.m.  While I am quite certain that this case will ultimately plea, as the court knows, I just got involved and must go over some of the facts of the case with tax counsel before being able to agree or disagree with the State's current offer.  Specifically, the memorandum of plea agreement that I was provided was not entirely satisfactory to me.  I will need to discuss that further with my client and Mr. McCann.  I can tell the court that at the time I entered my appearance, I did so based upon a request by Mr. Hurley and without any prior understanding of the case.

  The long and short of this is that I am requesting additional time within which to enter the plea.  Unfortunately, I am beginning a ten count first degree rape trial on Tuesday morning in the State courts and this will certainly complicate things.

  Thank you for your consideration.

<div style="margin-left:50%">
Respectfully yours,

/s/  Eugene J. Maurer, Jr.
Eugene J. Maurer, Jr.
</div>

EJM:sam

Cc:  Edmond Falgowski, Esquire