EUGENE J. MAURER, JR., P.A().

ATTORNEYS AT LAW

1201-A KING STREET

WILMINGTON, DELAWARE 19801

(302) 652-7900

FAX (302) 652-2173

EMAIL emaurer1@verizon.net

July 10, 2008

The Honorable Gregory M. Sleet
Chief Judge
United States District Court
844 King Street, Lock Box 19
Wilmington, DE  19801

           **Re:  U.S. v. Wendell Glover, Docket #1:08 CR00033-001 (GMS)**

Dear Chief Judge Sleet:

     I represent the above individual on a tax related violation and he is scheduled to be sentenced before Your Honor on July 28, 2008.  I received the pre-sentence report on June 27, 2008 advising me that input to the pre-sentence office should be provided before July 11, 2008.  I was further advised that any sentencing memorandum should be submitted on or before July 15.

     I was in trial in the Superior Court the entire week of June 30 and was backed up in any event having been in two separate jury trials in Superior Court for three of the preceding four weeks.

     I would very much like to submit a sentencing memorandum on behalf of the above defendant since the guidelines do call for a period of incarceration and since there are many meritorious factual/legal issues that should be presented to Your Honor.  Unfortunately, I am scheduled to go on vacation (which has been planned for some time) on July 12 and will be gone until July 21.  That does not give me adequate time within which to prepare the documents which I would like to submit to the court on behalf of Mr. Glover.

     I am requesting a brief rescheduling for a period of approximately thirty days so that I can provide the court effectively with the defense's position.

Thank you for your consideration.

                                      Respectfully yours,

                                      Eugene J. Maurer, Jr.

EJMsam

Cc: Edmond Falgowski, Esquire
     Walter P. Matthews, III